## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GINA GERVASI.** **Plaintiff.** v. **SPLENDID SMILES FAMILY DENTISTRY PROFESSIONAL ASSOCIATION,** *et al.* **Defendants.** | Case No. 22–cv–02330–ESK-AMD ORDER |

**THIS MATTER** having been reported settled by the parties; and the Court having administratively terminated this matter for 60 days to permit the parties to file papers to terminate this matter, *see* Fed.R.Civ.P. 41(a)(1)(A)(ii) and Local Rule 41.1; and the 60-day period having passed without the Court having received the papers to terminate this matter,

**IT IS** on this **12th** day of **August, 2025 ORDERED** that:

1. The Clerk of the Court shall reopen this matter and make a separate docket entry reading "Civil case reopened."

2. This matter is **dismissed with prejudice**, and without costs pursuant to Fed.R.Civ.P. 41(a)(2).

*/s/ Edward S. Kiel*
**HON. EDWARD S. KIEL,**
**UNITED STATES DISTRICT JUDGE**